**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY<br><br>Plaintiff(s),<br><br>v.<br><br>DON J. CIAFFARDINI, et al.<br><br><br><br>Defendant(s). | CASE NO:<br>2:20−cv−03403−FMO−JEM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: May 20, 2020         /s/ *Fernando M. Olguin*
                            Fernando M. Olguin
                            United States District Judge